FILED by ___ D.C.

NOV 13 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE BANKRUTCY APPELLATE COURT OF THE SOUTHERN DISTRICT OF FLORIDA

DEBTOR

NUJBIA MAR ELLA PEREZ.

APPELLATE CASE NO.

18-CV-24463-FAM

Bankruptcy Court

CASE NO: 18-15825

ATTORNEY THOMAS NEUSOM'S EMERGENCY MOTION FOR STAY DURING PENDENCY OF THE APPEAL TO THE BAN KRUPTCY APPELLATE PANEL

HEARING:
DATE
TIME
PLACE

MOTION FOR STAY DURING PENDENCY OF THE APPEAL TO THE BANKRUPTCY APPELLATE PANEL

1. COMES NOW, Attorney Thomas Neuom requesting that the Bankruptcy Appellate Panel Cristol grant a stay of any further proceedings in the Bankruptcy Court in Case No. 18-15825 during the pendency of the Appeal with Case No. 18-CV-24463-FAM.

1

2. The relevant part of Bankruptcy Rule of 8007 states:

3.

# Rule 8007. Stay Pending Appeal; Bonds; Suspension of Proceedings

(a) Initial Motion in the Bankruptcy Court.

    (1) *In General*. Ordinarily, a party must move first in the bankruptcy court for the following relief:

        (A) a stay of a judgment, order, or decree of the bankruptcy court pending appeal;

        (B) the approval of a supersedeas bond;

        (C) an order suspending, modifying, restoring, or granting an injunction while an appeal is pending; or

        (D) the suspension or continuation of proceedings in a case or other relief permitted by subdivision (e).

    (2) *Time to File*. The motion may be made either before or after the notice of appeal is filed.

(b) Motion in the District Court, the BAP, or the Court of Appeals on Direct Appeal.

    (1) *Request for Relief*. A motion for the relief specified in subdivision (a)(1)—or to vacate or modify a bankruptcy court's order granting such relief—may be made in the court where the appeal is pending.

    (2) *Showing or Statement Required*. The motion must:

        (A) show that moving first in the bankruptcy court would be impracticable; or

        (B) if a motion was made in the bankruptcy court, either state that the court has not yet ruled on the motion, or state that the court has ruled and set out any reasons given for the ruling.

    (3) *Additional Content*. The motion must also include:

        (A) the reasons for granting the relief requested and the facts relied upon;

    (B) affidavits or other sworn statements supporting facts subject to dispute; and

    (C) relevant parts of the record.

    (4) *Serving Notice*. The movant must give reasonable notice of the motion to all parties.

(e) Continuation of Proceedings in the Bankruptcy Court. Despite Rule 7062 and subject to the authority of the district court, BAP, or court of appeals, the bankruptcy court may:

    (1) suspend or order the continuation of other proceedings in the case; or

    (2) issue any other appropriate orders during the pendency of an appeal to protect the rights of all parties in interest.

(Added Apr. 25, 2014, eff. Dec. 1, 2014.)

**PRIOR RULE**

A prior Rule 8007, Apr. 25, 1983, eff. Aug. 1, 1983, as amended Mar. 30, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Aug. 1, 1991, related to completion and transmission of the record and docketing of the appeal, prior to revision of Part VIII, Apr. 25, 2014, eff. Dec. 1, 2014.

4. Appellant Thomas Neusom is or was a Bankruptcy Attorney able to file in the Southern District of Florida, and he has an application pending to file Bankruptcies in the Middle District of Florida.

5. The subject of this Appeal is in regards to the personal Bankruptcy of Nubia Marcella Perez. Some issues came up during the Bankruptcy where an eviction attorney named Joseph Colletti misunderstood the situation and may have mistakenly put in a stay in an eviction of a business owned by Perez called A Plus Lamination. It was all Colletti's mistake because he had a copy of the lease between the Landlord Holland and A Plus Lamination.

Colletti acted without the requisite knowledge and experience and did not consult with his own Bankruptcy Counsel before he ac ted in violation of the Rules of Professional Responsibility.

3

6. Neusom filed the Perez Bankruptcy and was obtaining more information about the case when he may have spoken to Colletti about it in order to obtain case documentation such as the Lease which Perez and her company were unable to give him. The eviction Attorney for A Plus was Alex Borell .

7. Based on the facts of the case Neusom believes he will be successful in reversing the Findings of Fact and Conclusions of Law entered by Judge A. Jay Cristol on November 4, 2018 which is currently being appealed.

8. The findings have had the effect of closing down The Law Office of Thomas G. Neusom's Bankruptcy Practice while he has a current Chapter 11 Bankruptcy case pending in West Palm Beach Florida for the BBlack Corporation. The Chapter 11 Bankruptcy Petition was filed on October 1, 2018 with Case No. 18-23654.

9. The Law Office of Thomas G. Neusom is also in the process of filing a Chapter 7 Bankruptcy case in the Middle District of Florida. Neusom has obtained membership in the Middle District of Florida and has almost completed the bankruptcy training.

10. Neusom and his clients BBlack Corporation and Early Hope Transport Inc will suffer irreparable harm and imminent injury if a stay and ultimate vacating of the Findings Of Fact And Conclusions Of Law is not granted.

4

1  11. Schedules in the BBlack Bankruptcy Case are due on November 8, 2018 and due to the fact
2  that the filing entity is a corporation the Officers can not represent it.  I have informed the
3  Officers of the Corporation about the Cristol order which went into effect of November 6, 2018
4  
5  and I have advised them to obtain other Bankruptcy Counsel, but they were informed about
6  Neusom's issues with Cristol before the filing and they could not find a Bankrutpcy Attorney for
7  their Chapter 11 before or after the filing of their Petition.
8  
9  12. It is critical that a stay of Judge Cristols Findings and Final Judgment be put in place or the
10 Offices BBlack Corporation and Early Hope Iransport Inc clients in Saint Petersburg will be hurt
11 with the West Palm Beach clients likely facing dismissal of their case.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13. In Order to confirm what is stated by Appellant in this Motion for Stay, portions of one of the Orders in the BBlack Corporation Bankruptcy case follow:

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Filing

The following transaction was received from Adam, Lorraine entered on 11/1/2018 at 8:54 AM EDT and filed on 11/1/2018

**Case Name:** B Black Corp
**Case Number:** 18-23654-MAM
**Document Number:** 2

**Docket Text:**
Notice of Incomplete Filings Due. [Deficiency Must be Cured by 11/8/2018]. List of Twenty Largest Unsecured Creditors Due: 11/8/2018.Corporate Ownership Statement due 11/8/2018.Chapter 11 Small Business Documents due by 11/8/2018. List of Equity Security Holders due 11/14/2018. Summary of Your Assets and Liabilities and Certain Statistical Information due 11/14/2018. Schedule A/B due 11/14/2018. Schedule D due 11/14/2018. Schedule E/F due 11/14/2018. Schedule G due 11/14/2018. Schedule H due 11/14/2018.Statement of Financial Affairs Due 11/14/2018.Declaration Concerning Debtors Schedules Due: 11/14/2018. [Incomplete Filings due by 11/14/2018]. (Adam, Lorraine)

The following document(s) are associated with this transaction:

14. It is critical that a stay be entered and Thomas Neusom is entitled to a stay of the Findings Of fact And Conclusions Of Law Entered by Judge Cristol on October 4, 2018.

WHEREFORE, Neusom prays that the Bankruptcy Appellate Panel:

1. Stay further proceedings in Case No. 18-15825 during the Pendency of Thomas Neusom's Bankruptcy Appeal with Case No. 18-cv-24463-FAM

.Dated: November 7, 2018:

                                                    By:/s/Thomas Neusom
Attorney For Debtor
Bar No. 003717
(954)200-3536
4737 N. Ocean Drive, #129
Fort Lauderdale, FL 33308
Email: tgnoffice35@gmail.com

Do not ship liquids, blood, or clinical specimens in this packaging.

FedEx® Express

ORIGIN ID:AVXA (954) 200-3536
THOMAS NEUSOM

610 NW 214TH ST

MIAMI, FL 33169
UNITED STATES US

SHIP DATE: 08NOV18
ACTWGT: 0.60 LB
CAD: 6998144/SSF01922

TO

C CLYDE ATKINS COURTHOUSE
301 N MIAMI AVE RM 150

MIAMI FL 33168
(999) 999-9999 REF:
INV:
PO: DEPT:

FedEx Express

E

TRK# 0201 7836 6003 7370

FRI – 09 NOV 3:00P
STANDARD OVERNIGHT

XH TMBA

33168
FL-US FLL

Part # 156297-435 RRDB EXP 06/19

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

earthsmart
FedEx carbon-neutral envelope shipping

Ex

For I

Cont
cont
shipp
limit
FedE
curre
of ca

For n
servi
local
your

© 201

