United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 18-15825-AJC
Nubia Marcella Perez                                                Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: cohend        Page 1 of 1            Date Rcvd: Nov 21, 2018
                            Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db          +Nubia Marcella Perez,   5559 NW 36 Ave,   Miami, FL 33142-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
      Howard S Toland    on behalf of Creditor    Newtek Small Business Finance Inc htoland@mitrani.com
      Howard S Toland    on behalf of Creditor    Valley National Bank htoland@mitrani.com
      Johanna Armengol    on behalf of U.S. Trustee    Office of the US Trustee
       Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
      Nathalie C. Rodriguez    on behalf of Creditor    Nationstar Mortgage LLC nrodriguez@rasflaw.com
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
      Peter D. Russin, Esq    on behalf of Creditor Brian  Holland prussin@melandrussin.com,
       ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdr
       ive.com;phornia@ecf.courtdrive.com
      Peter D. Russin, Esq    on behalf of Creditor Andrea  Holland prussin@melandrussin.com,
       ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdr
       ive.com;phornia@ecf.courtdrive.com
      Thomas G Neusom    on behalf of Debtor Nubia Marcella Perez tgnoffice35@gmail.com
      Utibe I Ikpe    on behalf of Creditor Brian  Holland uikpe@melandrussin.com,
       ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
      Utibe I Ikpe    on behalf of Creditor Andrea  Holland uikpe@melandrussin.com,
       ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
                                                                                                    TOTAL: 10



**ORDERED in the Southern District of Florida on November 21, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 18-15825-BKC-AJC

NUBIA M. PEREZ,

    Debtor.
_____/

### ORDER GRANTING MOTION TO VACATE DISMISSAL OF APPEAL AND DENYING REQUEST FOR STAY

**THIS CAUSE** came before the Court upon the "Appellant Thomas Neusom's Motion to Vacate the Dismissal of his Appeal 18-CV-24463-FAM and Request for Stay" filed November 13, 2018 (ECF 118). The Court has reviewed the motion and the *Landlord's Response in Opposition to Neusom's Motion to Vacate Dismissal of the Appeal and Grant Stay* (ECF 121). The Court agrees with the Landlord, that movant has failed to timely and properly pursue its appellate remedies, and has stated no entitlement to the benefit of the mailbox rule or any such other procedural rules. Notwithstanding, to afford the movant every opportunity to proceed with the appeal on the merits, the Court will, in its discretion, grant the motion to vacate the dismissal

of the appeal and allow the appeal to proceed in due course. However, the Court finds no basis to grant a stay, as previously stated in its prior Order (ECF 114) denying movant's other request for a stay. It is

**ORDERED** that "Appellant Thomas Neusom's Motion to Vacate the Dismissal of his Appeal 18-CV-24463-FAM and Request for Stay" filed November 13, 2018 (ECF 118) is GRANTED IN PART and the *Order Dismissing Bankruptcy Appeal* entered November 8, 2018 is VACATED and the appeal shall proceed in due course. All further relief requested, including the request for a stay pending appeal, is DENIED.

###

Copies furnished to:

Debtor
Thomas Neusom, Esq.
Peter Russin, Esq.
AUST