UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-24463-CIV-MORENO

THOMAS G. NEUSOM,

    Appellant,

vs.

BRIAN HOLLAND and ANDREA HOLLAND,

    Appellees.
_____/

## ORDER DENYING APPELLANT THOMAS NEUSOM'S MOTION FOR REHEARING OF THE DENIAL OF THE EMERGENCY MOTION FOR STAY DURING PENDENCY OF THE APPEAL TO THE BANKRUPTCY APPELLATE PANEL

THIS CAUSE came before the Court upon Appellant Thomas Neusom's Motion for Rehearing of the Denial of the Emergency Motion for Stay During Pendency of the Appeal to the Bankruptcy Appellate Panel (**D.E. 9**), filed on **December 14, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th of December 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record