CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Nubia Marcella Perez

**Case Number:** 18–15825–AJC
**Chapter:** 11
**County of Residence or Place of Business:** Miami
**U.S. District Court Case Number:** 18–cv–24463–FAM

# TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Thomas G. Neusom, Esq
**Attorney:** Thomas G. Neusom, Esq
4737 N Ocean Dr #129
Fort Lauderdale, FL 33308

**Attorney:**

**Appellee/Respondent:** Brian Holland and Andrea Holland
**Attorney:** Utibe I Ikpe, Esq
200 S Biscayne Blvd, #3200
Miami, FL 33131

**Attorney:**

**Title and Date of Order Appealed**, if applicable: FINDINGS OF FACT AND CONCLUSIONS OF LAW ON BRIAN AND ANDREA HOLLANDS MOTION FOR SANCTIONS UNDER BANKRUPTCY RULE 9011 AND 11 U.S.C. § 105 Dated 10/4/18

**Entered on Docket Date:**          **Docket Number:**

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☑ Exhibits: 9/28/2018 Admitted – Transmitting conventionally
- ☑ Copies of Transcript(s) of Hearing(s) on: Hearing of 9/28/2018
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 1/11/19

**CLERK OF COURT**
By: Lorraine Lebron
Deputy Clerk   (305) 714–1800