**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

THOMAS G. NEUSOM,

    Appellant,                                                     Case No.: 1:18-cv-24463-FAM

v.

BRIAN HOLLAND, et al.

    Appellee.

_____/

**LANDLORD'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE BRIEF**

        Brian Holland and Andrea Holland ("***Landlord***")*,* pursuant to Fed. R. Bankr. P. 9006 and Local Rule 7.1, request that the Court grant a thirty-day extension of time for Landlord to file a response to Thomas Neusom's ('***Neusom***") Appellate Brief (***"Brief"***) [D.E. 15]. Landlord further states as follows:

        1.        On October 25, 2018, Neusom filed a Notice of Appeal regarding the Findings of Fact and Conclusions of Law on Landlord's Motion for Sanctions under Bankruptcy Rule 9011 and 11 U.S.C. § 105 ("***Sanctions Order***").

        2.        Neusom filed his Brief on January 30, 2019. Thus, Landlord's response is due on March 1, 2019.

        3.        Landlord believes that Neusom's appeal is unmeritorious; however, to avoid the cost of continued litigation, Landlord and Neusom entered a settlement that resolves the Sanctions Order and the issues presented in the pending appeal.

4. Because the settlement impacts a bankruptcy case, Landlord filed a motion seeking the Bankruptcy Court's approval of the settlement, and a hearing is scheduled for February 28, 2019. A copy of the notice of hearing is attached as **Exhibit A**.

5. Landlord's response is due only one day after the scheduled hearing, on March 1, 2019.

6. If the Bankruptcy Court approves the settlement, Neusom, as a term of the settlement, will dismiss the pending appeal.

7. Landlord requests that the Court grant an extension, up to and including March 31, 2019, for Landlord to file a response to the Brief.

8. The requested extension will allow the parties time to obtain the Bankruptcy Court's approval of the settlement and dismiss the appeal without incurring additional litigation costs.

9. Neusom consent to the requested relief and will not be prejudiced by the extension.

10. This motion is filed in good faith and not for the purposes of harassment or delay.

**WHEREFORE**, Landlord respectfully request that this Court enter an Order (similar in form to the Order attached as **Exhibit B**) extending the deadline to file a response brief to March 31, 2019, and for any other and further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with Neusom by e-mail on January 30, 2019 regarding the relief sought in this motion. Neusom consents to the requested relief.

Dated: February 6, 2019.

s/ *Utibe I. Ikpe*
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@meladnrussin.com
Utibe I. Ikpe, Esq.
Florida Bar Number: 90301
uikpe@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

***Attorneys for Brian Holland and Andrea Holland***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Landlord's Motion for Extension of Time to File a Response Brief* was served electronically on all counsel of parties of record via transmission of Notices of Electronic Filing generated by CM/ECF on February 6, 2019.

                                        s/ *Utibe I. Ikpe*
                                        Utibe I. Ikpe, Esquire