**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

THOMAS G. NEUSOM,

       Appellant,                                  Case No.: 1:18-cv-24463-FAM

v.

BRIAN HOLLAND, et al.

       Appellee.
_____/

**AGREED ORDER GRANTING LANDLORD'S MOTION FOR**
**EXTENSION OF TIME TO FILE A RESPONSE BRIEF**

THIS CAUSE came before the Court on Brian Holland and Andrea Holland's ("*Lanlord*") Motion for Extension of Time to File a Response Brief (the "*Motion*"), and the Court, having reviewed the Motion, considered the pertinent portions of the record, and being otherwise informed in the premises, **ORDERS** that the Motion is **GRANTED**. Landlord's deadline for filing a response brief is extended to March 31, 2019.

**DONE AND ORDERED** in Miami, Florida this _____ date of February 2019.

_____
HON., FEDERICO A. MORENO
U.S. DISTRICT COURT JUDGE

Copies to:     Counsel of Record

Exhibit B